# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ALEXEI BERAN, <br><br> Plaintiff, <br><br> v. <br><br> FLEXTECH INC., a Michigan Corporation doing business in California as FLEXTECH CONSULTING; FLEXTECH, INC., a Nevada Corporation; emids TECHNOLOGIES, INC., a Delaware corporation; CRAIG PFENT, an individual; and DOES 1 – 50, inclusive, <br><br> Defendants. | Case No. 8:22-cv-01205 CJC (JDEx) <br><br> **ORDER** <br><br> [*Notice of Settlement and Joint Request for Stay of Deadlines filed concurrently herewith*] <br><br> Complaint Filed: April 15, 2022 <br> Removal Notice Filed: June 22, 2022 <br><br> Trial Date: None Set <br> District Judge: Hon. Cormac J. Carney <br> Magistrate Judge: Hon. John D. Early |

**ORDER**

Before the Court is the parties' concurrently filed Notice of Settlement and Joint Request to Stay All Future Deadlines. The parties have reached a settlement and request additional time for defendants to perform the terms of the settlement, without the parties incurring further costs or using the Court's resources. Having read and considered the parties' request, and good cause appearing therefore, IT IS HEREBY ORDERED as

follows:

1. The parties have until December 14, 2022 within which to either file a dismissal, with prejudice, of the entire action pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(A)(ii), or file a status report regarding the progress of their settlement efforts; and

2. All pending court dates are vacated.

IT IS SO ORDERED.

DATED: October 26, 2022

By: _____
Hon. Cormac J. Carney
United States District Judge